TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (Bar # 111536)
TIMOTHY R. CAHN (Bar # 162136)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
E-mail:  gsgilchrist@townsend.com; trcahn@townsend.com

Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PC ACQUISITION, INC. dba Personal Creations, a Delaware corporation,<br><br>Defendant. | Case No.  C 07-1132 JSW<br><br>**PLAINTIFF'S NOTICE OF TENTATIVE SETTLEMENT AND APPLICATION TO SUSPEND CASE MANAGEMENT DATES**<br><br>Date:    June 15, 2007<br>Time:   1:30 p.m. |

Plaintiff Williams-Sonoma, Inc. ("WSI") hereby notifies the Court that Plaintiff and Defendant PC Acquisition, Inc. dba Personal Creations ("Personal Creations") have reached tentative settlement of their dispute, and are currently documenting the terms of the settlement.

The tentative settlement was reached on the assumption that the parties would not expend any further resources litigating this action while the settlement is finalized.  The defendant and defendant's counsel are located out of town, are not members of this Court,  and attendance at the CMC would be costly.

The Initial Case Management Conference is currently set for June 15, 2007.  Accordingly, WSI applies for an order postponing the case management dates for 28 days, including Fed. R. Civ. P.

26 deadlines, to July 12, 2007 during which time the case should be dismissed.

DATED:  June 6, 2007          Respectfully submitted,

                                     By:   /s/ Gregory S. Gilchrist
                                             Gregory S. Gilchrist
                                             Townsend and Townsend and Crew LLP
                                             Two Embarcadero Center, Eighth Floor
                                             San Francisco, California  94111
                                             Telephone: (415) 576-0200
                                             Facsimile: (415) 576-0300

                                             Attorneys for Plaintiff
                                             WILLIAMS-SONOMA, INC.

**ORDER**

      1.      The Order Setting Case Management Conference scheduled for June 15, 2007 shall be postponed until ~~July 12, 2007~~. July 13, 2007

Dated: June 6, 2007                         _/s/ Jeffrey S. White_
                                              Honorable Jeffrey White
                                              United States District Court Judge

61069488 v1

NOTICE OF TENTATIVE SETTLEMENT      - 2 -      Williams-Sonoma, Inc. v. PC Acquisition, Inc.
Case No. C 07-1132 JSW