1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (Bar # 111536)
2  TIMOTHY R. CAHN (Bar # 162136)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   E-mail:  gsgilchrist@townsend.com; trcahn@townsend.com
5
   Attorneys for Plaintiff
6  WILLIAMS-SONOMA, INC.

7

8
                            UNITED STATES DISTRICT COURT
9
                          NORTHERN DISTRICT OF CALIFORNIA
10
                                 SAN FRANCISCO DIVISION
11

12 | WILLIAMS-SONOMA, INC., a California corporation, | Case No.  C 07-1132 JSW |

13 |                    Plaintiff,                    | **PLAINTIFF'S NOTICE OF TENTATIVE SETTLEMENT AND APPLICATION TO SUSPEND CASE MANAGEMENT DATES** |

14 |                    v.                            |

15 | PC ACQUISITION, INC. dba Personal Creations, a Delaware corporation, | Date:   July 13, 2007
                                                                           Time:   1:30 p.m. |
16 |                    Defendant.                    |

17

18

19

20      Plaintiff Williams-Sonoma, Inc. ("WSI") notifies the Court that Plaintiff and Defendant PC

21 Acquisition, Inc. dba Personal Creations ("Personal Creations") are nearly finished documenting the

22 terms of the settlement.  Terms are agreed and signatures are being obtained.  WSI expects to dismiss

23 the case within the next few days.

24      The tentative settlement was reached on the assumption that the parties would not expend any

25 further resources litigating this action while the settlement is finalized.  The defendant and defendant's

26 counsel are located out of town, are not members of this Court, and attendance at the CMC would be

27 costly.

28      The Initial Case Management Conference is now set for July 13, 2007.  Accordingly, WSI

NOTICE OF TENTATIVE SETTLEMENT       - 1 -        Williams-Sonoma, Inc. v. PC Acquisition, Inc.
                                                                        Case No. C 07-1132 JSW

applies for an order postponing the case management dates for 7 days, including Fed. R. Civ. P. 26 deadlines, to July 20, 2007 during which time the case should be dismissed.

DATED:  July 9, 2007                    Respectfully submitted,


By:  /s/ Gregory S. Gilchrist
Gregory S. Gilchrist
Townsend and Townsend and Crew LLP
Two Embarcadero Center, Eighth Floor
San Francisco, California  94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

**ORDER**

1.      The Order Setting Case Management Conference scheduled for July 13, 2007 shall be postponed until ~~July 20, 2007~~.  July 27, 2007 at 1:30 p.m.


Dated: July  9 , 2007                   _____
                                        Honorable Jeffrey White
                                        United States District Court Judge


61095201 v1