| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | GREGORY S. GILCHRIST (Bar # 111536) |
| 2 | TIMOTHY R. CAHN (Bar # 162136) |
| | Two Embarcadero Center, 8th Floor |
| 3 | San Francisco, California  94111 |
| | Telephone:  (415) 576-0200 |
| 4 | Facsimile:  (415) 576-0300 |
| | Email:  gsgilchrist@townsend.com, trcahn@townsend.com |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | WILLIAMS-SONOMA, INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California corporation, | Case No. C- 07-1132 JSW |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| P.C. ACQUISITION, INC., a Delaware corporation, d/b/a PERSONAL CREATIONS, | |
| Defendant. | |

The parties, by their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1), stipulate that this action shall be dismissed with prejudice as to the claims described in the complaint as of the date of this dismissal.  Each party shall bear its own costs and attorneys' fees.

DATED: July 16, 2007            Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP


By: /s/*Gregory S. Gilchrist*
      GREGORY S. GILCHRIST

Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

| | | |
|---|---|---|
| 1 | DATED: July 16, 2007 | HARVEY SISKIND LLP |
| 2 | | |
| 3 | ` | By: /s/ Raffi V. Zerounian |
| 4 | | RAFFI V. ZEROUNIAN |
| 5 | | Attorneys for Defendant<br>PC ACQUISITION, INC. d/b/a PERSONAL CREATIONS |

7  IT IS SO ORDERED.

8

9  DATED: July 23, 2007              _____
                                     Hon. Jeffrey S. White
10                                   United States District Judge

11
12  60982552 v2

---

STIPULATION OF DISMISSAL WITH PREJUDICE  - 2 -          Williams-Sonoma, Inc. v. PC Acquisition, Inc., et al.
                                                                              Case No. 07-1132 JSW